

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Francesca Maria Sardina<br>for Wency Raymond Sardina<br><br>Plaintiff,<br>V.<br><br>Kilolo Kijakazki,<br>   Acting Commissioner of Social Security<br><br>Defendant. | Civil Action No.   22-cv-01993-MMP<br><br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants Plaintiff's opening brief, ECF No. 22, REVERSES the final decision of the Commissioner of Social Security, and REMANDS the matter for further administrative proceedings consistent with this opinion pursuant to sentence four of 42 U.S.C. § 405(g). Case is closed.

Date:     3/15/24

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/  L. Sotelo
L. Sotelo, Deputy